No. 73–312. LIBERTY MUTUAL INSURANCE CO. *v.* DREW. C. A. 5th Cir. Motion of respondent for leave

to proceed *in forma pauperis* granted.    Certiorari denied.